*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY VALDEZ, et al., | Case No. CV 11-10355-GW(FFMx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| QUEPASA CORPORATION, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: July 2, 2012            BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE